**E-filed: 06.11.10**

**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOORE, BESSIE WILSON, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br> Defendant. | CASE NO. 09-08278 MMM (AJWx) <br><br> JUDGMENT FOR DEFENDANT |

On June 11, 2010, the court dismissed plaintiffs' action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and dismissed plaintiff's complaint. Accordingly,

IT IS ORDERED AND ADJUDGED that the action be dismissed for failure to comply with court orders.

DATED: June 11, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE